IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| DOUG MCCOY AND LINDA MCCOY | PLAINTIFFS |
| VS.   NO. 07-1014 | |
| LION OIL COMPANY and<br>JOHN DOE NO. 1 and JOHN DOE NO. 2 | DEFENDANTS |
| LION OIL COMPANY | THIRD-PARTY PLAINTIFF |
| VS. | |
| CUSTOM FIBERGLASS PRODUCTS, INC.,<br>AUGUSTA FIBERGLASS COATINGS, INC., and<br>S&B ENGINEERS AND CONSTRUCTORS, LTD. | THIRD-PARTY DEFENDANTS |
| AMICUS MUTUAL INSURANCE COMPANY | INTERVENOR |

### ORDER

Came on before the Court the Unopposed Motion to Voluntarily Dismiss S&B Engineers and Constructors, LTD. filed on behalf of the third-party plaintiff, Lion Oil Company. The Court finds that the Motion is well taken and should be granted.

No other claims have been asserted against S&B Engineers and Constructors, LTD. On motion of the third-party plaintiff, Lion Oil Company, S&B Engineers and Constructors, LTD. is hereby DISMISSED without prejudice.

United States District Judge

2-12-08

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
FEB 12 2008
CHRIS R. JOHNSON, CLERK
BY        DEPUTY CLERK

742848-v1