IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOUG and LINDA MCCOY                                             PLAINTIFFS

V.                      Civil No. 07-1014

AUGUSTA FIBERGLASS COATINGS, INC.                                 DEFENDANT

### O R D E R

On this 31st day of March 2010, there comes on for consideration the Plaintiffs' Motion for Costs (Doc. # 160) incurred on appeal pursuant to 28 U.S.C. § 1920 and Rules 39(a) and (e) of the Federal Rules of Appellate Procedure.  Defendant has not filed any objection to the motion.  The Court, being well and sufficiently advised, finds that Plaintiffs' Motion should be and hereby is GRANTED, and costs should be and hereby are awarded to the Plaintiffs as follows:

| | |
|---|---:|
| Fee charged by Clerk of the Western District of Arkansas for certifying a copy of the Judgment to be filed with the Clerk of the South Carolina District Court: | 9.60 |
| Fee charged by the Clerk of the District Court in South Carolina for filing the certified copy of the Judgment of the Western District of Arkansas: | 39.00 |
| Fee charged by the Clerk of the 8th Circuit Court of Appeals for filing the Cross-Appeal: | 455.00 |
| Fee paid to the official court reporter of the Western District of Arkansas for a copy of the trial transcript for use in preparing briefs on appeal: | 964.10 |
| Total: | 1467.70 |

**AO72A**
**(Rev. 8/82)**

Accordingly, the Plaintiffs should have and recover of and from the Defendant costs in the amount of $1467.70 in accordance with the provisions of Rule 39 of the Federal Rules of Appellate Procedure.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge